**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SEGUNDO CRISTOBAL and ROWENA NAVARRO, | No. C 10-04797 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| LONG BEACH MORTGAGE CO., et al., | |
| Defendants. | |

Plaintiffs Segundo Cristobal and Rowena Navarro filed the above-captioned matter on October 22, 2010. Although a case management conference is scheduled on February 3, 2011, there is no indication that any of the defendants have been served. Accordingly, the Court VACATES the February 3 conference and ORDERS Plaintiffs to file a case status report by February 10, 2011.

**IT IS SO ORDERED.**

Dated: January 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SEGUNDO CRISTOBAL ROWENA et al,

      Plaintiff,

  v.

LONG BEACH MORTGAGE CO. et al,

      Defendant.

Case Number: CV10-04797 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rowena  Navarro
Segundo  Cristobal
2321 Huntsman Way
Antioch,  CA 94531

Dated: January 26, 2011

      Richard W. Wieking, Clerk
      By: Brenda Tolbert, Deputy Clerk