UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SEGUNDO CRISTOBAL and ROWENA NAVARRO, | No. C 10-04797 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| LONG BEACH MORTGAGE CO., et al., | |
| Defendants. | |

Plaintiffs Segundo Cristobal and Rowena Navarro filed the above-captioned matter on October 22, 2010. Although a case management conference was scheduled to take place on February 3, 2011, there was no indication that any of the defendants have been served, and the Court therefore vacated the February 3 conference and ordered Plaintiffs to file a case status report by February 10, 2011. Dkt. No. 3. Plaintiffs have failed to comply with this deadline. Accordingly, the Court ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a declaration by March 28, 2011, and the Court shall conduct an order to show cause hearing on April 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SEGUNDO CRISTOBAL ROWENA et al,

    Plaintiff,

v.

LONG BEACH MORTGAGE CO. et al,

    Defendant.

Case Number: CV10-04797 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rowena Navarro
Segundo Cristobal
2321 Huntsman Way
Antioch, CA 94531

Dated: March 14, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2